IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELZO COCKREN, SR., | ) | 1:09cv0169 DLB |
| | ) | |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 12, 2009, Plaintiff filed the present action for judicial review of the denial of

Social Security benefits.  On January 27, 2009, the Court issued a Scheduling Order.  The

Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of

the administrative record, which shall be deemed an answer to the complaint.  The Order also

provides that within 30 days after service of the administrative record, Plaintiff shall serve on

Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within

35 days.  Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's

response, Plaintiff must file and serve an opening brief.

1

1      On June 1, 2009, Defendant lodged the administrative record.  Pursuant to the Scheduling

2  Order, Plaintiff was required to file his brief on or before September 6, 2009.  Plaintiff has failed to

3  file a brief.

4      Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should

5  not be dismissed for failure to comply with the Court's orders.  Plaintiff is ORDERED to file a

6  written response to this Order to Show Cause within twenty (20) days of the date of this Order.  If

7  Plaintiff desires more time to file his brief, he should so state in his response.

8      Failure to respond to this Order to Show Cause will result in dismissal of this action.

9

10      IT IS SO ORDERED.

11   **Dated:   September 30, 2009**              **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2