IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELZO COCKREN, SR., ) | 1:09cv0169 DLB |
| ) | |
| ) | ORDER DISCHARGING ORDER |
| ) | TO SHOW CAUSE |
| Plaintiff, ) | (Document 14) |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    On January 12, 2009, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

    On September 30, 2009, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief. Plaintiff responded to the order on October 13, 2009, and explains that the delay was due, in part, to awaiting the Commissioner's answer to his voluntary remand brief. After the Commissioner indicated that a settlement was not possible, Plaintiff began working on his opening brief and filed it along with this response. Based on Plaintiff's response, the order to show cause is DISCHARGED.

  IT IS SO ORDERED.

    Dated:   **October 14, 2009**          **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE

1