IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELZO COCKREN, SR., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner of )<br>Social Security, )<br>)<br>)<br>Defendant. )<br>_____ ) | 1:09cv0169 DLB<br><br>ORDER DISCHARGING ORDER<br>TO SHOW CAUSE<br>(Document 18) |

    On January 12, 2009, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

    On March 12, 2010, the Court issued an order to show cause why sanctions should not be imposed for Defendant's failure to comply with the Court's orders and file a responsive brief. Defendant responded to the order on April 1, 2010, and explains that the delay was due, in part, to case reassignment, case tracking and staffing problems. Defendant filed a responsive brief along with the response to the show cause order. Based on Defendant's response, the order to show cause is DISCHARGED.

    IT IS SO ORDERED.

    Dated:   **April 5, 2010**            **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE

1