IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELZO COCKREN, SR., | ) | 1:09cv0169 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EX PARTE APPLICATION FOR |
| | ) | LEAVE TO FILE LATE REPLY |
| | ) | (Document 23) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 22, 2010, Plaintiff filed an ex parte application for leave to file a late reply.
Plaintiff also filed the reply brief.  Counsel for Plaintiff indicates that she telephoned and e-mailed
Defendant's attorney regarding the application, but was unable to reach him.  To date, Defendant has
not filed an opposition or objection to the application.

Accordingly, Plaintiff's ex parte application for leave to file a late reply is GRANTED.


IT IS SO ORDERED.

Dated:    **April 28, 2010**              _____ **/s/ Dennis L. Beck** _____
                                                UNITED STATES MAGISTRATE JUDGE

1